UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR**,

     Plaintiff,

vs.                                  CASE NO. 6:26-cv-00707-RBD-LHP

**NEW BALANCE ATHLETICS, INC.,**
**a foreign for-profit corporation,**

     Defendant.

_____/

### <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action

*with prejudice*, with each party to bear his/its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:   *s/ Roderick V. Hannah*          By:   *s/ Pelayo M. Duran*
       RODERICK V. HANNAH             PELAYO M. DURAN
       Fla. Bar No. 435384                Fla. Bar No. 0146595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2026, I electronically

filed the foregoing with the Clerk of Court using the CM/ECF system which

will send notification of such filing to:

Kevin M. Young, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309-3935
(404) 885-1500
kyoung@seyfarth.com

*Counsel for Defendant*
*NEW BALANCE ATHLETICS, INC.*

/s/  Roderick V. Hannah
Roderick V. Hannah