# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ENRIQUE ALVEAR,

    Plaintiff,

v.                                                           Case No:  6:26-cv-707-RBD-LHP

NEW BALANCE ATHLETICS,
INC.,

    Defendant.

---

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Voluntary Dismissal (Doc. 17), filed on June 22, 2026.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 23, 2026.



ROY B. DALTON, JR.
United States District Judge